# United States Court of Appeals
# for the Fifth Circuit

————————

No. 22-11143
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
October 12, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Luis Gildardo Munoz-Medrano,

*Defendant—Appellant*.

————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CR-203-1

————————————————————

Before Higginbotham, Stewart, and Southwick, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Luis Gildardo Munoz-Medrano has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Munoz-Medrano has not filed a response. We have reviewed counsel's brief and the relevant portions of the

————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-11143

record reflected therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.